UNITED STATES of America, Plaintiff–Appellee,

v.

William WUNSCH; Beverly Wunsch; Teri Lee Sowers, Defendants,

and

Frank L. Swan, Respondent–Appellant.

No. 93–50671.

United States Court of Appeals, Ninth Circuit.

May 23, 1996.

Before: BROWNING, FARRIS and LEAVY, Circuit Judges.

**ORDER**

The opinion filed April 28, 1995, and published at 54 F.3d 579, is withdrawn.